Mitchell SCATES, Jr., Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7066.

United States Court of Appeals,
Federal Circuit.

April 23, 2004.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant

*ORDER*

Upon consideration of Mitchell Scates, Jr.'s unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs